# United States Court of Appeals
# for the Fifth Circuit

No. 23-50081

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2024
Lyle W. Cayce
Clerk

CANADIAN STANDARDS ASSOCIATION,

*Plaintiff—Appellee,*

versus

P.S. KNIGHT COMPANY, LIMITED; PS KNIGHT AMERICAS, INCORPORATED; GORDON KNIGHT,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-1160

_____

ORDER:

The Appellee's opposed motion for stay of the mandate pending petition for writ of certiorari is DENIED.

_____
CAROLYN DINEEN KING
*United States Circuit Judge*